UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leo Joseph Martin, Jr., as trustee for the heirs and next of kin of Leo Joseph Martin, Sr.,

Plaintiff,

Civil 01-2285 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Parke-Davis, a division of the Warner-Lambert Company, Warner Lambert Company, and Pfizer, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 14, 2001

RICHARD H. KYLE
United States District Judge

DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Leo Joseph Martin, Jr.

Vs. 01-2285DSD/JMM

Parke-Davis, et al

The above-entitled matter has been re-assigned to Judge David S. Doty per Order of Disqualification of Judge Kyle. Please note the change in judge's initials above and refer to them when submitting documents to the court for filing. Please also note that Magistrate Judge Mason remains the MJ on this case.