A CERTIFIED TRUE COPY

FEB -7 2002

ATTEST [signature]
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

FLD S.D. of N.Y. 3/5/02

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 22 2002

FILED
CLERK'S OFFICE

**DOCKET NO. 1348**

02 CIV 1696

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE REZULIN PRODUCTS LIABILITY LITIGATION*** 01-2285 DSD/JMM

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-39)***

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 545 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB -7 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

3-11-02

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4)

# SCHEDULE CTO-39 -- TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | | |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| ~~FLM~~ | ~~2~~ | ~~01-672~~ | ~~McLendon v. Warner-Lambert Co., et al.~~ | Opposed 2/6/02 |
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 01-3380 | Estate of John Branigan, et al. v. Parke-Davis, et al. | |
| MARYLAND | | | | |
| ~~MD~~ | ~~1~~ | ~~01-3988~~ | ~~Lepley v. Pfizer, Inc., et al.~~ | Vacated 1/25/02 |
| MINNESOTA | | | | |
| MN | 0 | 01-2285 | Martin, etc. v. Parke-Davis, et al. | |
| MN | 0 | 01-2321 | Gonzalez Galindo, etc. v. Warner-Lambert Co., et al. | |
| MISSISSIPPI NORTHERN | | | | |
| ~~MSN~~ | ~~3~~ | ~~01-195~~ | ~~Jefferson, et al. v. Warner-Lambert Co., et al.~~ | Opposed 2/4/02 |
| MISSISSIPPI SOUTHERN | | | | |
| ~~MSS~~ | ~~3~~ | ~~01-995~~ | ~~Lampton, etc. v. Warner-Lambert Co., et al.~~ | Opposed 2/6/02 |
| TENNESSEE WESTERN | | | | |
| TNW | 2 | 01-2709 | Cole v. Warner-Lambert Co., et al. | |
| VERMONT | | | | |
| VT | 1 | 01-319 | Barclay v. Warner-Lambert Co., et al. | |